**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Belvieu Bridge Properties Group, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-4348935** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3919 Belvieu Avenue, Suite G** <br> **Baltimore, MD 21215** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Belvieu Bridge Properties Group, LLC**                                    Case number (*if known*) _____
              Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____5313____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Belvieu Bridge Properties Group, LLC**                    Case number (*if known*) _____
      Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Belvieu Bridge Properties Group, LLC**                                        Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 27, 2021**
                 MM / DD / YYYY

*X* **/s/ Zenebe Shewayene**                          **Zenebe Shewayene**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**

*X* **/s/ Brett Weiss**                          Date **February 27, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**Brett Weiss**
Printed name

**The Weiss Law Group, LLC**
Firm name

**6404 Ivy Lane, Suite 650**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 924-4400**       Email address    **brett@BankruptcyLawMaryland.com**

**02980 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 27, 2021**         *X* **/s/ Zenebe Shewayene**
                                              Signature of individual signing on behalf of debtor

                                              **Zenebe Shewayene**
                                              Printed name

                                              **Managing Member**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other    **Business Income** | **$31,000.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other    **Business Income** | **$360,000.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other    **Business Income** | **$288,000.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Belvieu Bridge Properties Group, LLC**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Mr. Cooper**<br>**PO Box 619098**<br>**Dallas, TX 75261** | **12/15/20** | **$14,636.08** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Mr. Cooper**<br>**PO Box 619098**<br>**Dallas, TX 75261** | **12/21/20** | **$11,932.28** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Mr. Cooper**<br>**PO Box 619098**<br>**Dallas, TX 75261** | **12/5/20** | **$2,249.72** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Sharestate Investments, LLC**<br>**11 Middle Neck Road, Suite 314**<br>**Great Neck, NY 11021** | | **$4,200.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Zenebe Shewayene**<br>**3919 Belvieu Avenue, Unit G**<br>**Baltimore, MD 21215**<br>**Managing Member** | **Previous 12 months** | **$19,605.44** | **Payment/Reimbursement of personal expenses (same answer is provided to Question 30).** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Belvieu Bridge Properties Group, LLC** | Case number *(if known)* |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.   Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   Belvieu Bridge Properties Group, LLC                                   Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  The Weiss Law Group, LLC 6404 Ivy Lane, Suite 650 Greenbelt, MD 20770 | Attorney Fees | | $25,000.00 |
| Email or website address brett@BankruptcyLawMaryland.com | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

Debtor    **Belvieu Bridge Properties Group, LLC**         Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

     **Name, address, phone number, paystubs (not retained), driver's license or other ID**

     Does the debtor have a privacy policy about that information?
     ☐ No
     ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Debtor   **Belvieu Bridge Properties Group, LLC**                              Case number *(if known)*

---

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Stanton Accountantancy**<br>**211 N Union Street**<br>**Alexandria, VA 22314** | **2017 - 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 page **6**

Debtor   **Belvieu Bridge Properties Group, LLC**                                          Case number *(if known)*

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Zenebe Shewayene** | **3919 Belvieu Avenue, Suite G Baltimore, MD 21215** | **Managing Member** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Zenebe Shewayene 3919 Belvieu Avenue, Unit G Baltimore, MD 21215** | **$19,605.44** | **Previous one year** | **Payment/Reimbursement of Personal Expenses (same information is provided in answer to Question 4).** |
| | **Relationship to debtor Managing Member** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Belvieu Bridge Properties Group, LLC**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 27, 2021**

**/s/ Zenebe Shewayene**                                    **Zenebe Shewayene**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................    $     **2,929,600.00**

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*.............................................................................    $     **185,722.38**

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*...............................................................................    $     **3,115,322.38**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **3,108,307.36**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$     **0.00**

4.   Total liabilities ...............................................................................................................
    Lines 2 + 3a + 3b    $     **3,108,307.36**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Belvieu Bridge Properties Group, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, NA** | **Checking** | **8360** | **$76,164.75** |
| 3.2. | **Wells Fargo Bank, NA** | **Checking** | **9801** | **$16,057.63** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$92,222.38**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Belvieu Bridge Properties Group, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 186,000.00 | - | 93,000.00 | = .... | $93,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $93,000.00 |
|---|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Desk, chairs (4), file cabinets (2), table, 2**<br>**computers, printer/fax, shredder, telephone,**<br>**mirror, 2 pictures, security camera** | $0.00 | Liquidation | $500.00 |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;<br>books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card<br>collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $500.00 |
|---|---|---|

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Belvieu Bridge Properties Group, LLC**                          Case number *(If known)* _____
          <sub>Name</sub>

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **2427-2431 Lakeview Avenue Baltimore, MD 21217** | Fee Simple | Unknown | Tax records | $1,627,800.00 |
| 55.2.  **3915 - 3921 Belvieu Avenue Baltimore, MD 21215**<br><br>**4610-4614 Wellington Avenue Baltimore, MD 21215**<br><br>**These properties are contiguous and are taxed as a single parcel** | Fee Simple | Unknown | Tax records | $731,900.00 |
| 55.3.  **2208 Aisquith Avenue Baltimore, MD 21218** | Fee Simple | Unknown | Tax records | $569,900.00 |

56.     **Total of Part 9.**                                                                    | $2,929,600.00 |

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 3

| Debtor | **Belvieu Bridge Properties Group, LLC** | Case number *(If known)* | |
|--------|------------------------------------------|--------------------------|--|
|        | Name                                     |                          |  |

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|----------|----------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Belvieu Bridge Properties Group, LLC**          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92,222.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $93,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $2,929,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $185,722.38 | + 91b. $2,929,600.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,115,322.38 |

**Fill in this information to identify the case:**

Debtor name    **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** | **City of Baltimore**
Creditor's Name

**Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7951**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Sharestate Investments, LLC
2. City of Baltimore**

**Describe debtor's property that is subject to a lien**
**2208 Aisquith Avenue
Baltimore, MD 21218**

**Describe the lien**
**Utility Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$12,415.00**    Column B: **$569,900.00**

---

**2.2** | **City of Baltimore**
Creditor's Name

**Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2427-2431 Lakeview Avenue
Baltimore, MD 21217**

**Describe the lien**
**Utility Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Column A: **$3,460.72**    Column B: **$1,627,800.00**

---

Debtor  **Belvieu Bridge Properties Group, LLC**                                Case number (if known) _____

Name

---

7319

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Mr. Cooper**
**2. City of Baltimore**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **City of Baltimore** | **Describe debtor's property that is subject to a lien** | $7,255.00 | $731,900.00 |
|---|---|---|---|---|

Creditor's Name

**3915 - 3921 Belvieu Avenue**
**Baltimore, MD 21215**

**4610-4614 Wellington Avenue**
**Baltimore, MD 21215**

**Bureau of Revenue Collections**
**200 Holliday Street**
**Baltimore, MD 21202**

**These properties are contiguous and are taxed as a single parcel**

Creditor's mailing address

**Describe the lien**
**Utility Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
7318

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Mr. Cooper**
**2. City of Baltimore**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mr. Cooper** | **Describe debtor's property that is subject to a lien** | $1,227,258.30 | $1,627,800.00 |
|---|---|---|---|---|

Creditor's Name

**2427-2431 Lakeview Avenue**
**Baltimore, MD 21217**

**PO Box 619098**
**Dallas, TX 75261**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
6336

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 4

Debtor  **Belvieu Bridge Properties Group, LLC**                     Case number (if known) _____
_____
Name

| 2.5 | **Mr. Cooper** | Describe debtor's property that is subject to a lien | $1,437,918.34 | $731,900.00 |

Creditor's Name

**3915 - 3921 Belvieu Avenue**
**Baltimore, MD 21215**

**4610-4614 Wellington Avenue**
**Baltimore, MD 21215**

**PO Box 619098**
**Dallas, TX 75261**

**These properties are contiguous and are taxed as a single parcel**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1834**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Sharestate Investments, LLC** | Describe debtor's property that is subject to a lien | $420,000.00 | $569,900.00 |

Creditor's Name

**11 Middle Neck Road, Suite 314**
**Great Neck, NY 11021**

**2208 Aisquith Avenue**
**Baltimore, MD 21218**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1868**

Do multiple creditors have an interest in the same property?

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,108,307.36 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Belvieu Bridge Properties Group, LLC** | Case number (*if known*) | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|-----------------------|----------------------------------------------------------------|-----------------------------------------------------|

**Fill in this information to identify the case:**

Debtor name   **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | |
|---|---|
| 3.1   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* _____ |
| | ☐ Contingent |
| | ☐ Unliquidated |
| **Date or dates debt was incurred** ____ | ☐ Disputed |
| **Last 4 digits of account number** ____ | **Basis for the claim:** _____ |
| | Is the claim subject to offset? ☐ No ☐ Yes |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $                    0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $                    0.00 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     47034                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Residential Lease**<br><br>State the term remaining  **Lease through 4/30/21**<br><br>List the contract number of any government contract  _____ | **Aaron Dove**<br>**2431 Lakeview Avenue, #2B**<br>**Baltimore, MD 21217** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Residential Lease**<br><br>State the term remaining  **Month to Month**<br><br>List the contract number of any government contract  _____ | **Aaron Foote**<br>**4610 Wellington Avenue, Apt. E**<br>**Baltimore, MD 21215** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Residential Lease**<br><br>State the term remaining  **Month to Month**<br><br>List the contract number of any government contract  _____ | **Albert Parker**<br>**2431 Lakeview Avenue, #3C**<br>**Baltimore, MD 21217** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Residential Lease**<br><br>State the term remaining  **Month to Month**<br><br>List the contract number of any government contract  _____ | **Alena Willis**<br>**2427 Lakeview Avenue, #1B**<br>**Baltimore, MD 21217** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Belvieu Bridge Properties Group, LLC**
      First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | Angel White<br>3921 Belvieu Avenue, Apt. D<br>Baltimore, MD 21215 |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | Angelique Brit<br>4614 Wellington Avenue, Apt. D<br>Baltimore, MD 21215 |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Lease through 5/31/21** |
| List the contract number of any government contract | Anita Edwards<br>4610 Wellington Avenue, Apt. B<br>Baltimore, MD 21215 |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | Bryan Beasley<br>3919 Belvieu Avenue, Apt. E<br>Baltimore, MD 21215 |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Month to Month** |
| List the contract number of any government contract | Bryan Frank<br>2427 Lakeview Avenue, #3D<br>Baltimore, MD 21217 |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** |
| State the term remaining | **Month to Month** |
| List the contract number of any | Candace Robinson<br>3915 Belvieu Avenue, Apt. F<br>Baltimore, MD 21215 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Belvieu Bridge Properties Group, LLC**
    First Name       Middle Name       Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Carnell Ambrose** |
| | List the contract number of any government contract | | **4614 Wellington Avenue, Apt. B** **Baltimore, MD 21215** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Charles Brown** |
| | List the contract number of any government contract | | **2427 Lakeview Avenue, #2C** **Baltimore, MD 21217** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Charles Edward** |
| | List the contract number of any government contract | | **4610 Wellington Avenue, Apt. F** **Baltimore, MD 21215** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Charles Jones** |
| | List the contract number of any government contract | | **3917 Belvieu Avenue, Apt. B** **Baltimore, MD 21215** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Chedonna Wilson** |
| | List the contract number of any government contract | | **3919 Belvieu Avenue, Apt. B** **Baltimore, MD 21215** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | **Craig Ward** **2427 Lakeview Avenue, #2B** **Baltimore, MD 21217** |
|---|---|---|---|

Debtor 1   **Belvieu Bridge Properties Group, LLC**

First Name ——— Middle Name ——— Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining     **Month to Month** | |
| List the contract number of any government contract | |

| **2.17.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|
| State the term remaining     **Month to Month** | | **Cynthia Simmons**<br>**3921 Belvieu Avenue, Apt. A**<br>**Baltimore, MD 21215** |
| List the contract number of any government contract | | |

| **2.18.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|
| State the term remaining     **Month to Month** | | **Damon Thomas**<br>**3915 Belvieu Avenue, Apt. A**<br>**Baltimore, MD 21215** |
| List the contract number of any government contract | | |

| **2.19.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|
| State the term remaining     **Lease through 3/14/21** | | **David Mitchell**<br>**4614 Wellington Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| List the contract number of any government contract | | |

| **2.20.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|
| State the term remaining     **Month to Month** | | **Derek Sielbles**<br>**2427 Lakeview Avenue, #3C**<br>**Baltimore, MD 21217** |
| List the contract number of any government contract | | |

| **2.21.** State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|
| State the term remaining     **Month to Month** | | **Diane Cator**<br>**3917 Belvieu Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| List the contract number of any government contract | | |

Debtor 1   **Belvieu Bridge Properties Group, LLC**                                Case number *(if known)* _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Donnique Young** |
| | List the contract number of any government contract | | **3915 Belvieu Avenue, Apt. E**<br>**Baltimore, MD 21215** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Monthh** | **Edward Singleton** |
| | List the contract number of any government contract | | **2427 Lakeview Avenue, #1C**<br>**Baltimore, MD 21217** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease through 5/31/22** | **Hope Mattress** |
| | List the contract number of any government contract | | **2219 Robb Street**<br>**Baltimore, MD 21218** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **In Ye Lee** |
| | List the contract number of any government contract | | **3919 Belvieu Avenue, Apt. F**<br>**Baltimore, MD 21215** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Isaiah Hadith** |
| | List the contract number of any government contract | | **4610 Wellington Avenue, Apt. D**<br>**Baltimore, MD 21215** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Lease through 3/31/21** | **Ivory Jackson** |
| | List the contract number of any | | **2431 Lakeview Avenue, #2D**<br>**Baltimore, MD 21217** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Belvieu Bridge Properties Group, LLC**                    Case number (*if known*) _____
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **James Calloway**<br>**3921 Belvieu Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Jesus Caupleuaza**<br>**4612 Wellington Avenue, Apt.**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **John Montogue**<br>**4610 Wellington Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Juanita Rogers**<br>**4614 Wellington Avenue, Apt. E**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
| | State the term remaining | Month to Month | **Juene Thomas**<br>**2427 Lakeview Avenue, #1D**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | **Kevin Carolina**<br>**3919 Belvieu Avenue, Apt. D**<br>**Baltimore, MD 21215** |
|---|---|---|---|

Debtor 1  **Belvieu Bridge Properties Group, LLC**
_____
　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining　　**Month to Month** | |
| List the contract number of any government contract　_____ | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest　**Residential Lease** | |
|---|---|---|
| | State the term remaining　　**Month to Month** | **Kimberly Williams**<br>**2431 Lakeview Avenue, #1C**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract　_____ | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest　**Residential Lease** | |
|---|---|---|
| | State the term remaining　　**Month to Month** | **Kionna Johnson**<br>**2431 Lakeview Avenue, #3B**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract　_____ | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest　**Residential Lease** | |
|---|---|---|
| | State the term remaining　　**Month to Month** | **Lester Edward**<br>**3917 Belvieu Avenue, Apt. D**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract　_____ | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest　**Residential Lease** | |
|---|---|---|
| | State the term remaining　　**Month to Month** | **Linda Harrie**<br>**3921 Belvieu Avenue, Apt. E**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract　_____ | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest　**Residential Lease** | |
|---|---|---|
| | State the term remaining　　**Month to Month** | **Maggie Dow**<br>**3919 Belvieu Avenue, Apt. A**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract　_____ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Belvieu Bridge Properties Group, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **Month to Month**

List the contract number of any government contract

**Melvin Gross**
**2427 Lakeview Avenue, #3B**
**Baltimore, MD 21217**

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **Month to Month**

List the contract number of any government contract

**Michael Banks**
**4610 Wellington Avenue, Apt. E**
**Baltimore, MD 21215**

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **Month to Month**

List the contract number of any government contract

**Michael Ronald**
**3917 Belvieu Avenue, Apt. A**
**Baltimore, MD 21215**

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **Month to Month**

List the contract number of any government contract

**Michelle THomas**
**4614 Wellington Avenue, Apt. F**
**Baltimore, MD 21215**

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **Month to Month**

List the contract number of any government contract

**Myrtle Gilbert**
**2431 Lakeview Avenue, #1A**
**Baltimore, MD 21217**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial Lease**

State the term remaining — **Month to Month**

List the contract number of any

**New World Construction**
**2208 Aisquith Street, Suite B**
**Baltimore, MD 21218**

Debtor 1  **Belvieu Bridge Properties Group, LLC**                          Case number (*if known*) _____
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | _____ | _____ |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
|  | State the term remaining | Month to Month | Paulette Beason |
|  | List the contract number of any government contract | | 3917 Belvieu Avenue, Apt. E Baltimore, MD 21215 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
|  | State the term remaining | Lease is through 4/30/21 | ray Marshall |
|  | List the contract number of any government contract | | 3921 Belvieu Avenue, Apt. B Baltimore, MD 21215 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
|  | State the term remaining | Month to Month | Ricahard Jones |
|  | List the contract number of any government contract | | 3915 Belvieu Avenue, Apt. B Baltimore, MD 21215 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
|  | State the term remaining | Lease through 1/30/21 | Romaine Butler |
|  | List the contract number of any government contract | | 3915 Belvieu Avenue, Apt. C Baltimore, MD 21215 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | |
|---|---|---|---|
|  | State the term remaining | Lease through 4/30/21 | Ronald Gilmore |
|  | List the contract number of any government contract | | 2431 Lakeview Avenue, #3D Baltimore, MD 21217 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | Shania Miller 4610 Wellington Avenue, Apt. D Baltimore, MD 21215 |
|---|---|---|---|

Debtor 1  **Belvieu Bridge Properties Group, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining — **Month to Month** | |
| List the contract number of any government contract _____ | |

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
|---|---|---|
| | State the term remaining — **Month to Month** | **Sharon Richardson**<br>**4614 Wellington Avenue, Apt. A**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract _____ | |

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
|---|---|---|
| | State the term remaining — **Month to Month** | **Shikera Kiah**<br>**4610 Wellington Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract _____ | |

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
|---|---|---|
| | State the term remaining — **Lease through 6/30/21** | **Snaron Inez Williams**<br>**3919 Belvieu Avenue, Apt. C**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract _____ | |

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
|---|---|---|
| | State the term remaining — **Month to Month** | **Thomas Hewitt**<br>**2431 Lakeview Avenue, #2A**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract _____ | |

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
|---|---|---|
| | State the term remaining — **Month to Month** | **Thomas Scott**<br>**2427 Lakeview Avenue, #2D**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract _____ | |

---

Debtor 1    **Belvieu Bridge Properties Group, LLC**                                    Case number (*if known*) _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
| | State the term remaining | **Month to Month** | **Tijuana Hawkins**<br>**4610 Wellington Avenue, Apt. A**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | _____ | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
| | State the term remaining | **Month to Month** | **Timothy Carroll**<br>**3921 Belvieu Avenue, Apt. F**<br>**Baltimore, MD 21215** |
| | List the contract number of any government contract | _____ | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
| | State the term remaining | **Month to Month** | **Tiwan Harmon**<br>**2431 Lakeview Avenue, #1B**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract | _____ | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
| | State the term remaining | **Lease through 12/31/21** | **Travis Williams**<br>**2431 Lakeview Avenue, #3A**<br>**Baltimore, MD 21217** |
| | List the contract number of any government contract | _____ | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| | State the term remaining | **Month to Month** | **Vista Solutions, LLC**<br>**2208 Aisquith Street, Suite B**<br>**Baltimore, MD 21218** |
| | List the contract number of any government contract | _____ | |
| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
| | State the term remaining | **Lease through 3/31/21** | **Wanda Lyles**<br>**2431 Lakeview Avenue, #2C**<br>**Baltimore, MD 21217** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Belvieu Bridge Properties Group, LLC**                        Case number *(if known)*  _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **William Brown** |
| | List the contract number of any government contract | | **2431 Lakeview Avenue, #1D** |
| | | | **Baltimore, MD 21217** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **William F. Hamm** |
| | List the contract number of any government contract | | **3915 Belvieu Avenue, Apt. D** |
| | | | **Baltimore, MD 21215** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **William Staten** |
| | List the contract number of any government contract | | **2427 Lakeview Avenue, #3A** |
| | | | **Baltimore, MD 21217** |

**Fill in this information to identify the case:**

Debtor name  **Belvieu Bridge Properties Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

|  | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

# United States Bankruptcy Court
## District of Maryland

In re   **Belvieu Bridge Properties Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Zenebe Shewayene**<br>**3919 Belvieu Avenue, Unit G**<br>**Baltimore, MD 21215** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 27, 2021**

Signature   **/s/ Zenebe Shewayene**

**Zenebe Shewayene**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re    **Belvieu Bridge Properties Group, LLC**                            Case No.
                                            Debtor(s)                        Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **February 27, 2021**                    **/s/ Zenebe Shewayene**
                                                  **Zenebe Shewayene/Managing Member**
                                                  Signer/Title

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


State of Maryland
Comptroller of the Currency
Compliance Division, Room 409
301 West Preston Street
Baltimore, MD 21201


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30348


Chex System, Inc.
Attn: Consumer Relations
7805 Hudson Road, Suite 100
Saint Paul, MN 55125


Aaron Dove
2431 Lakeview Avenue, #2B
Baltimore, MD 21217


Aaron Foote
4610 Wellington Avenue, Apt. E
Baltimore, MD 21215


Albert Parker
2431 Lakeview Avenue, #3C
Baltimore, MD 21217


Alena Willis
2427 Lakeview Avenue, #1B
Baltimore, MD 21217


Angel White
3921 Belvieu Avenue, Apt. D
Baltimore, MD 21215

Angelique Brit
4614 Wellington Avenue, Apt. D
Baltimore, MD 21215


Anita Edwards
4610 Wellington Avenue, Apt. B
Baltimore, MD 21215


Bryan Beasley
3919 Belvieu Avenue, Apt. E
Baltimore, MD 21215


Bryan Frank
2427 Lakeview Avenue, #3D
Baltimore, MD 21217


Candace Robinson
3915 Belvieu Avenue, Apt. F
Baltimore, MD 21215


Carnell Ambrose
4614 Wellington Avenue, Apt. B
Baltimore, MD 21215


Charles Brown
2427 Lakeview Avenue, #2C
Baltimore, MD 21217


Charles Edward
4610 Wellington Avenue, Apt. F
Baltimore, MD 21215


Charles Jones
3917 Belvieu Avenue, Apt. B
Baltimore, MD 21215

Chedonna Wilson
3919 Belvieu Avenue, Apt. B
Baltimore, MD 21215


City of Baltimore
Bureau of Revenue Collections
200 Holliday Street
Baltimore, MD 21202


Craig Ward
2427 Lakeview Avenue, #2B
Baltimore, MD 21217


Cynthia Simmons
3921 Belvieu Avenue, Apt. A
Baltimore, MD 21215


Damon Thomas
3915 Belvieu Avenue, Apt. A
Baltimore, MD 21215


David Mitchell
4614 Wellington Avenue, Apt. C
Baltimore, MD 21215


Derek Sielbles
2427 Lakeview Avenue, #3C
Baltimore, MD 21217


Diane Cator
3917 Belvieu Avenue, Apt. C
Baltimore, MD 21215


Donnique Young
3915 Belvieu Avenue, Apt. E
Baltimore, MD 21215

Edward Singleton
2427 Lakeview Avenue, #1C
Baltimore, MD 21217


Hope Mattress
2219 Robb Street
Baltimore, MD 21218


In Ye Lee
3919 Belvieu Avenue, Apt. F
Baltimore, MD 21215


Isaiah Hadith
4610 Wellington Avenue, Apt. D
Baltimore, MD 21215


Ivory Jackson
2431 Lakeview Avenue, #2D
Baltimore, MD 21217


James Calloway
3921 Belvieu Avenue, Apt. C
Baltimore, MD 21215


Jesus Caupleuaza
4612 Wellington Avenue, Apt.
Baltimore, MD 21215


John Montogue
4610 Wellington Avenue, Apt. C
Baltimore, MD 21215


Juanita Rogers
4614 Wellington Avenue, Apt. E
Baltimore, MD 21215

Juene Thomas
2427 Lakeview Avenue, #1D
Baltimore, MD 21217


Kevin Carolina
3919 Belvieu Avenue, Apt. D
Baltimore, MD 21215


Kimberly Williams
2431 Lakeview Avenue, #1C
Baltimore, MD 21217


Kionna Johnson
2431 Lakeview Avenue, #3B
Baltimore, MD 21217


Lester Edward
3917 Belvieu Avenue, Apt. D
Baltimore, MD 21215


Linda Harrie
3921 Belvieu Avenue, Apt. E
Baltimore, MD 21215


Maggie Dow
3919 Belvieu Avenue, Apt. A
Baltimore, MD 21215


Melvin Gross
2427 Lakeview Avenue, #3B
Baltimore, MD 21217


Michael Banks
4610 Wellington Avenue, Apt. E
Baltimore, MD 21215

Michael Ronald
3917 Belvieu Avenue, Apt. A
Baltimore, MD 21215


Michelle THomas
4614 Wellington Avenue, Apt. F
Baltimore, MD 21215


Mr. Cooper
PO Box 619098
Dallas, TX 75261


Myrtle Gilbert
2431 Lakeview Avenue, #1A
Baltimore, MD 21217


New World Construction
2208 Aisquith Street, Suite B
Baltimore, MD 21218


Paulette Beason
3917 Belvieu Avenue, Apt. E
Baltimore, MD 21215


ray Marshall
3921 Belvieu Avenue, Apt. B
Baltimore, MD 21215


Ricahard Jones
3915 Belvieu Avenue, Apt. B
Baltimore, MD 21215


Romaine Butler
3915 Belvieu Avenue, Apt. C
Baltimore, MD 21215

Ronald Gilmore
2431 Lakeview Avenue, #3D
Baltimore, MD 21217


Shania Miller
4610 Wellington Avenue, Apt. D
Baltimore, MD 21215


Sharestate Investments, LLC
11 Middle Neck Road, Suite 314
Great Neck, NY 11021


Sharon Richardson
4614 Wellington Avenue, Apt. A
Baltimore, MD 21215


Shikera Kiah
4610 Wellington Avenue, Apt. C
Baltimore, MD 21215


Snaron Inez Williams
3919 Belvieu Avenue, Apt. C
Baltimore, MD 21215


Thomas Hewitt
2431 Lakeview Avenue, #2A
Baltimore, MD 21217


Thomas Scott
2427 Lakeview Avenue, #2D
Baltimore, MD 21217


Tijuana Hawkins
4610 Wellington Avenue, Apt. A
Baltimore, MD 21215

Timothy Carroll
3921 Belvieu Avenue, Apt. F
Baltimore, MD 21215


Tiwan Harmon
2431 Lakeview Avenue, #1B
Baltimore, MD 21217


Travis Williams
2431 Lakeview Avenue, #3A
Baltimore, MD 21217


Vista Solutions, LLC
2208 Aisquith Street, Suite B
Baltimore, MD 21218


Wanda Lyles
2431 Lakeview Avenue, #2C
Baltimore, MD 21217


William Brown
2431 Lakeview Avenue, #1D
Baltimore, MD 21217


William F. Hamm
3915 Belvieu Avenue, Apt. D
Baltimore, MD 21215


William Staten
2427 Lakeview Avenue, #3A
Baltimore, MD 21217

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Belvieu Bridge Properties Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Baltimore Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202** | | **3915 - 3921 Belvieu Avenue Baltimore, MD 21215**<br><br>**4610-4614 Wellington Avenue Baltimore, MD 21215**<br><br>**These properties are contiguous and are taxed a** | | **$7,255.00** | **$731,900.00** | **$7,255.00** |
| **Mr. Cooper PO Box 619098 Dallas, TX 75261** | | **3915 - 3921 Belvieu Avenue Baltimore, MD 21215**<br><br>**4610-4614 Wellington Avenue Baltimore, MD 21215**<br><br>**These properties are contiguous and are taxed a** | | **$1,437,918.34** | **$731,900.00** | **$706,018.34** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re   **Belvieu Bridge Properties Group, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Belvieu Bridge Properties Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 27, 2021**

Date

**/s/ Brett Weiss**

**Brett Weiss**

Signature of Attorney or Litigant

Counsel for   **Belvieu Bridge Properties Group, LLC**

**The Weiss Law Group, LLC**
**6404 Ivy Lane, Suite 650**
**Greenbelt, MD 20770**
**(301) 924-4400 Fax:(240) 627-4186**
**brett@BankruptcyLawMaryland.com**