Entered: March 17th, 2023
Signed: March 17th, 2023
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ln re:<br>**BELVIEU BRIDGE PROPERTIES GROUP, LLC,**<br>*Debtor.* | Case No. 21-11452 DER<br><br>Chapter 11 (SBRA) |

### ORDER GRANTING DEBTOR'S MOTION TO SELL REAL PROPERTY

**UPON CONSIDERATION** of the Debtor's Motion to Sell Debtor's Real Property [Docket No. 185] (the "Motion"), notice thereof having been duly given and no opposition having been timely filed, it is, by the U.S. Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Motion is granted; and it is further,

**ORDERED,** that the Debtor may sell the improved real property known as 3915-3921 Belvieu Avenue, Baltimore, Maryland 21215 and 4610-4614 Wallington Avenue, Baltimore, Maryland 21215 (collectively, the "Property") to Svyatoslav Shparaga and/or assigns as "Purchaser" for the price and subject to the terms described in the Agreement attached to the Motion; and it is further,

**ORDERED,** that the 14-day stay provision of Rule 6004(h) is hereby waived.

cc:   Debtor
      Debtor's Counsel
      United States Trustee
      Subchapter V Trustee
      All Creditors

END OF ORDER