Brett Weiss (#02980)
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, Maryland 20770
301-924-4400 Phone
240-627-4186 Fax
lawyer@brettweiss.com

*Attorney for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| In re:<br><br>**BELVIEU BRIDGE PROPERTIES GROUP, LLC,**<br><br>    *Debtor.* | Case No. 21-11452 DER<br><br>Chapter 11 (SBRA) |
|---|---|

## DEBTOR'S REPORT OF SALE

**NOW COMES** Debtor, by and through above stated counsel, and hereby submits this Report of Sale, and states as follows:

    1.    On March 9, 2021, the Debtor filed a voluntary petition for relief under the Small Business Reorganization Act ("SBRA") provisions of Chapter 11 of the Bankruptcy Code. Its Chapter 11 Plan was confirmed on February 24, 2022.

    2.    On February 20, 2023, the Debtor filed a Motion to Sell (the "Motion") its improved real property located at 3915-3921 Belvieu Avenue, Baltimore, Maryland 21215 and 4610-4614 Wallington Avenue, Baltimore, Maryland 21215 (the "Property") to Svyatoslav Shparaga and/or assigns for a gross purchase price (which includes a 6% buyer's premium) of $2,406,200.00.

    3.    Upon information and belief, the Property was not subject to any liens other than as stated in the Motion.

4. On March 17, 2023, at Docket No. 186, the Court entered an Order granting the Motion.

5. The sale of the Property has closed.

6. A copy of the Revised HUD-1 Settlement Statement is attached and incorporated herein as Exhibit #1.

7. There were $108,005.19 in net proceeds to the Debtor.

Date: April 28, 2023　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　THE WEISS LAW GROUP, LLC


　　　　　　　　　　　　　　　　　　　　　　By: _____/s/ Brett Weiss_____
　　　　　　　　　　　　　　　　　　　　　　　　BRETT WEISS

### CERTIFICATE OF SERVICE

**I hereby certify** that on the 28th day of April, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Monique Desiree Almy | malmy@crowell.com, |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov |
| James C. Olson | jolson@jamesolsonattorney.com |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com, |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |
| William Rudow | williamrudow@rudowlaw.com |

**I hereby further certify** that on the 28th day of April, 2023, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

City of Baltimore Bureau of Revenue Collections 200 Holliday Street Baltimore, MD 21202-3618
FIG as Custodian for FIG MD 18, LLC and Secur PO Box 54226 New Orleans, LA 70154-4226

　　　　　　　　　　　　　　　　　　　　　　_____/s/ Brett Weiss_____
　　　　　　　　　　　　　　　　　　　　　　BRETT WEISS