### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND (Baltimore)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No.: 21-11452 DER |
| Belvieu Bridge Properties Group, LLC | * | |
| | * | |
| Debtor. | * | Chapter 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| South End Capital Corporation, Series | * |
| BC2018-001868 | * |
| 11 Middle Neck Road, Ste 400A | * |
| Great Neck New York 11021 | * |
| | * |
| Movant, | * |
| v. | * |
| | * |
| Belvieu Bridge Properties Group, LLC | * |
| 3919 Belvieu Avenue, Suite G | * |
| Baltimore, MD 21215 | * |
| | * |
| Respondent. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR RELIEF FROM STAY
### RE: 2208 AISQUITH STREET, BALTIMORE, MD 21218 & LEASES AND RENTS

South End Capital Corporation, Series BC2018-001868 ("SECC"), by counsel, William Rudow, Esquire, and the Rudow Law Group, LLC, respectfully represents:

1. Jurisdiction is based on 28 U.S.C. § 1334, 28 U.S.C. § 157, 11 U.S.C. § 362 (d), and Rule 4001 and Local Bankruptcy Rule 4001-1.
2. SECC is an asset based mortgage lender having a principal place of business at 11 Middle Neck Road, Ste 400A, Great Neck New York 11021.
3. On March 9, 2021, Belvieu Bridge Properties Group, LLC ("Debtor") filed a case under Chapter 11 of the Bankruptcy Code as a Small Business Bankruptcy.
4. Monique Desiree Almy, Esquire is the Trustee.
5. At the filing date of these proceedings, the Debtors owned 2208 Aisquith Street, Baltimore, MD 21218 ("Property").

6.  The Debtor executed that Promissory Note ("Note"), dated April 27, 2018, with an original principal amount of $420,000.00 a copy of which is attached hereto, identified as Movant's Exhibit 1, and made a part hereof by this reference.

7.  The Debtor executed that Deed of Trust With Security Agreement, Financing Statement for Fixture Filing and Assignment of Rents, granting SECC a security interest in the Property ("DOT"), dated April 27, 2018, as recorded in the Land Records of Baltimore City, MD, at MB20693, Pages 0335, et seq. a copy of which is attached hereto, identified as Movant's Exhibit 2 and made a part hereof by this reference.

8.  SECC perfected its security interest in the fixtures, et al. by filing that UCC-1 Financing Statement on October 5, 2018 Baltimore City Land Records at MB20693, Pages 0344, et seq., a copy of which is attached hereto, identified as Movant's Exhibit 3 and made a part hereof by this reference, and via that DOT.

9.  The Debtor also granted the SECC a security interest in its leases and rents pursuant to that Assignment of Leases and Rents, dated April 27, 2018, and recorded in the Land Records of Baltimore City MD at MB 20693, Pages 0335, et seq., a copy of which is attached hereto, identified as Movant's Exhibit 4 and made a part hereof by this reference.

10. The amount due under the Note to SECC as of April 13, 2023 was $625,819.68, plus interest, late charges, attorney's fees and court costs as evidenced by that payoff attached hereto, identified as Movant's Exhibit 5 and made a part hereof by this reference.

11. The Debtor is presently in default under the Note, inter alia, having matured on May 1, 2019.

12. The Chapter 11 Plan [Dkt 129] was confirmed on February 24, 2022 [Dkt 143] ("Confirmed Plan").  Confirmed Plan, Article V, [B][Sic] *Classified Claims and Interests* G. 11. K. stated:

> *K. Class B-10 (South End Capital Corporation, Series BC2018-001868 secured claim): This class consists of the secured prepetition claim of South End Capital Corporation, Series BC2018-001868 (Proof of Claim 1) in the amount of $568,627.50 as of the petition date, secured by a deed of trust against the Debtor's improved real property at 2208 Aisquith Avenue, Baltimore, Maryland 21218. By agreement, the holder of the Class B-10 secured claim shall retain its lien and this claim* **shall be paid in full on or before one year after the Effective Date**. *The Debtor shall make interest-only payments of $2,843.14 per month ($568,627.50 at 6.00% per annum) for 12 months. If the Debtor has a refinance commitment during the one-year period and needs an additional 30 days to close, the time for payment shall be extended by 30 days. Payments to this class shall begin on the first day of the first month following the Effective Date. This class is impaired.*  [Emphasis Added]

SECC was to be ***paid in full on or before one year after the Effective Date*** under the Confirmed Plan.  This is calculated as follows:  the confirmation date was February 24, 2022, plus thirty (30) days to be unappealable equals March 23, 2022 – this is the Effective Date. The first payment was due on April 22, 2022.  Therefore, SECC's claim was to be paid in full on or before - March 22, 2023, with one (1) potential contingent thirty-day extension to April 21, 2023.  As of May 26, 2023, over thirty-days after the latest possible date upon which SECC was to be paid in full under the Confirmed Plan, no such payment has been tendered. As such, there is a material default in the Note and Confirmed Plan.

13. The Bank lacks adequate protection of its interests in the Property.

14. Cause exists for lifting the automatic stay imposed by § 362 of the Bankruptcy Code to permit the SECC to enforce its rights under its Note.

15. SECC has been and continues to be irreparably injured by the stay of § 362 of the Bankruptcy Code that prevents SECC from enforcing its rights under the Note.

16. SECC requests waiver of the stay imposed by § 4001(a) (3) of the Bankruptcy Code.

**WHEREFORE**, South End Capital Corporation, Series BC2018-001868 prays that this Honorable Court:

1.  Enter an order lifting the automatic stay imposed by § 362 of the Bankruptcy Code to enable South End Capital Corporation, Series BC2018-001868 to proceed with the repossession and sale of the Property;

2.  Enter an order lifting the automatic stay imposed by § 362 of the Bankruptcy Code to enable South End Capital Corporation, Series BC2018-001868 to proceed with the effectuation of the assignment of leases and rents generated by the Property; and

3.  Grant such other and further relief as may be necessary.

/S/ William Rudow
William M. Rudow, Esquire
Federal Bar No. 09937
Rudow Law Group, LLC
502 Washington Avenue, Ste 730
Baltimore MD 21204-4525
(410) 542-6000
williamrudow@rudowlaw.com
*Attorney for the Movant,*
*The Bank of Glen Burnie*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of this Motion for Relief from Stay re Property to be mailed on May 26, 2023, by first class U.S. mail, postage-prepaid to:

Belvieu Bridge Properties Group, LLC
3919 Belvieu Avenue, Suite G
Baltimore, MD 21215

Brett Weiss
The Weiss Law Group, LLC
8843 Greenbelt Road, Suite 299
Greenbelt, MD 20770

Daniel Alan Staeven
Frost & Associates, LLC
839 Bestgate Road
Suite 400
Annapolis, MD 21401

Monique Desiree Almy
Crowell & Moring
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

_____/s/ William Rudow_____
William M. Rudow, Esquire

**I HEREBY CERTIFY** that the terms of the copy of the Motion for Relief from Stay re Property submitted to the Court are identical to those set forth in the original; and the signature represented by the /s/ on the copy submitted to the Court reference the signature of the party obtained on the original.

_____/s/ William Rudow_____
William M. Rudow, Esquire